# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **CLIVE BARON,**<br>　　　　　**Plaintiff,** | **CIVIL ACTION** |
| v. | |
| **ABBOTT LABORATORIES,**<br>　　　　　**Defendant.** | **NO. 16-2736** |

## O R D E R

**AND NOW**, this 1st day of August, 2018, upon consideration of Abbott Laboratories' Motion for Summary Judgment (Document No. 24, filed November 13, 2017), Plaintiff's Memorandum of Law in Opposition to Defendant's Motion for Summary Judgment (Document No. 26, filed December 29, 2017), Abbott Laboratories' Reply Memorandum in Support of Its Motion for Summary Judgment (Document No. 29, filed January 16, 2018), for the reasons set forth in the accompanying Memorandum, dated August 1, 2018, **IT IS ORDERED** that defendant's Motion for Summary is **GRANTED**. **JUDGMENT IS ENTERED** in **FAVOR** of defendant, Abbott Laboratories, and **AGAINST** plaintiff, Clive Baron.

**IT IS FURTHER ORDERED** that the Clerk of Court shall **MARK** this case **CLOSED**.

　　　　　　　　　　　　　　　　　　**BY THE COURT:**

　　　　　　　　　　　　　　　　　　**/s/ Hon. Jan E. DuBois**
　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　**DuBOIS, JAN E., J.**